In the Matter of PETER DONOHUE, Petitioner, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination confirmed, with $50 costs and disbursements. All concur. (Review of a determination of the State Liquor Authority which refused to issue a liquor license to petitioner transferred to the Appellate Division for determination.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAVORY, INC., Respondent, against JOHN R. PLUNKETT et al., Constituting the Board of Assessors of the City of Buffalo, Appellants.— Order affirmed, without costs of this appeal to any party. All concur, except Harris and Larkin, JJ., who dissent and vote for reversal and for dismissal of the writ on the ground that the proceeding is barred by section 327 of the Charter of the City of Buffalo (Local Law No. 4, 1927 [published in Local Laws, 1932, p. 21]). (The order denies defendants' motion to dismiss a writ of certiorari in a proceeding to review a tax assessment.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ. [See *post*, p. 901.]

SAMUEL SAPOWITCH, as Administrator of the Estate of FRED ROSENOW, Deceased, Appellant, v. RICHARD ROSENOW et al., Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (The judgment dismisses the complaint in an action to set aside transfer of realty in claimed fraud of creditors.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.